**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Jared Walter Adair v. Ricky's Enterprises, Inc.

Appellate case number:   01-22-00359-CV

Trial court case number:  1181899

Trial court:            County Civil Court at Law No. 4 of Harris County

Appellant Jared Walter Adair, acting pro se, filed a notice of appeal of the trial court's April 28, 2022 order in a forcible entry and detainer action. On August 26, 2022, Appellant filed his appellate brief. The brief does not comply with the Texas Rules of Appellate Procedure. Specifically, the brief does not:

- Identify all parties to the trial court's judgment and their counsel, *see* TEX. R. APP. P. 38.1(a);

- Contain a table of contents, *see* TEX. R. APP. P. 38.1(b);

- Contain an index of authorities, *see* TEX. R. APP. P. 38.1(c);

- Contain a statement of the case that "state[s] concisely the nature of the case, the course of proceedings, and the trial court's disposition of the case" and that is supported by record references, *see* TEX. R. APP. P. 38.1(d);

- Contain a statement about whether oral argument should be permitted, *see* TEX. R. APP. P. 38.1(e);

- Concisely identify the issues presented, *see* TEX. R. APP. P. 38.1(f);

- Contain a statement of facts that "state[s] concisely and without argument the facts pertinent to the issues or points presented" and that is supported by record references, *see* TEX. R. APP. P. 38.1(g);

- Contain a summary of the argument that is a "succinct, clear, and accurate statement of the arguments made in the body of the brief" without "merely repeat[ing] the issues or points presented for review," *see* TEX. R. APP. P. 38.1(h);

- Contain a "clear and concise argument for the contentions made, with appropriate citations to authorities and the record," *see* TEX. R. APP. P. 38.1(i); or

- Contain a prayer that "clearly states the nature of the relief sought," *see* TEX. R. APP. P. 38.1(j).

Accordingly, Appellant's brief is **stricken**. Appellant must file a corrected brief in compliance with Texas Rule of Appellate Procedure 38. **The deadline for filing the corrected brief is October 3, 2022.**


Judge's signature: /s/ Veronica Rivas-Molloy
                       Acting individually

Date: September 1, 2022